**BEFORE:**   Joseph F. Bianco U.S.D.J  
**DATE:**   10/30/19          **TIME:** 2:38 p.m.          **TIME IN COURT:** 37 minutes  
**DOCKET #:** CR 14-0001  
**CAPTION:** USA v. Christopher Evans  

### CRIMINAL CAUSE FOR SENTENCING

**APPEARANCES:**

**Defense Counsel:** Randi Chavis          **Defendant:** Christopher Evans  
_X_ Present   ___ Not Present             _X_ Present   ___ Not Present  
__ CJA  __ Retained _X_ Federal Defenders     ___ On Bond   _X_ In Custody  

**Government:** Lara Gatz  

**Interpreter:** _____  

**FTR:** 2:38 - 3:15          **COURTROOM DEPUTY:** Jim Toritto  

_X_ Case called.

_X_ Counsel for parties present.

___ Fatico Hearing held

_X_ Sentencing held.

___ Sentencing on Restitution is set for __/12 at 4:30 p.m.

_X_ Statements of defendant and counsel heard.

FILED  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ OCT 30 2019 ★  
LONG ISLAND OFFICE

**IMPRISONMENT:**

_X_ The defendant is sentenced to: Time Served on Count 1 of the Superseding Indictment.

_X_ To be followed by 3 years of supervised release.

_X_ Special conditions of supervised release are as follows: 1. The defendant shall comply with the Restitution Order.

2. The defendant shall make full financial disclosure to the Probation Department.

3. The defendant shall not possess a firearm, ammunition, destructive device.

___ As a special condition of supervised release if the defendant leaves the country either voluntarily or involuntarily and re-enters illegally he/she will be deemed a violator thereof.

**PROBATION:**

___ The defendant is sentenced to: _____

___ Special conditions of probation: _____

___ During the term of probation the court will not consider any travel

request except for work or family emergencies.
**FINE, RESTITUTION & SPECIAL ASSESSMENT:**

\_\_\_\_The defendant is ordered to pay a fine in the sum of:$_____

\_\_\_\_The fine is payable: _____

_X_  The fine is waived based on the defendant's inability to pay.

_X_  Restitution is ordered: <u>An order of restitution in the amount of $221,340, due immediately, and payable at a rate of 10% of gross income per month while on supervised release. Interest is waived.</u>

_X_ Special assessment is imposed in the sum of:<u>$100.00</u>_____

_X_ All open Counts are dismissed on the motion of the Government.

_X_ The defendant is advised of his right to appeal.

_X_ OTHER: <u>See judgment for additional special conditions and details.</u>