UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
:
UNITED STATES OF AMERICA :
:
: ORDER
— against — : 14 CR 0001 (JFB)
:
:
CHRISTOPHER EVANS, :
:
Defendant. :
:
----------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 30 2019 ★

LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

IT IS HEREBY ORDERED, for the reasons set forth on the record at the re-sentencing on October 30, 2019, that the defendant is re-sentenced to time served on this case. A written judgment of conviction will be issued at a future date.

SO ORDERED.

S/ JOSEPH F BIANCO

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:   October 30, 2019
         Central Islip, New York